**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 13-7887**

———————————

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

JOHN SAMUEL LEIGH, a/k/a J.D., a/k/a J.R.,

    Defendant - Appellant.

———————————

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  John Preston Bailey, Chief District Judge.  (3:00-cr-00057-JPB-JES-25)

———————————

Submitted:  March 25, 2014    Decided:  March 28, 2014

———————————

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

John Samuel Leigh, Appellant Pro Se.  Paul Thomas Camilletti, Thomas Oliver Mucklow, Assistant United States Attorneys, Martinsburg, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Samuel Leigh appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Leigh, No. 3:00-cr-00057-JPB-JES-25 (N.D.W. Va. Nov. 7, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2